# United States District Court

WESTERN DISTRICT OF WASHINGTON

SARI A. HANNER,
a married woman,

    PLAINTIFF

v.

UNITED STATES OF AMERICA;
U.S. DEPARTMENT OF THE ARMY,
a governmental agency, and
MADIGAN ARMY MEDICAL CENTER,
a governmental agency,

    DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5728FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Federal Defendants' Motion To Dismiss [Dkt. # 9] is GRANTED,

and this cause of action is DISMISSED

    June 22, 2009                                                          BRUCE RIFKIN
                                                                                                      Clerk

                                                                                         /s/  Pat LeFrois
                                                                                                 Deputy Clerk